# First District Court of Appeal
## State of Florida

_____

No. 1D2023-1612
_____

Michael Wayne Williams,

Appellant,

v.

State of Florida,

Appellee.

_____


On appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.


July 3, 2024

Per Curiam.

Affirmed.

Osterhaus, C.J., and Rowe and Long, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael Wayne Williams, pro se, Appellant.

Ashley Moody, Attorney General, and Kristie Regan, Assistant Attorney General, Tallahassee, for Appellee.